UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No.: 1:21-cr-605 (RC) |
| ISAAC WESTBURY,<br>AARON JAMES,<br>ROBERT WESTBURY, and<br>JONAH WESTBURY. | § § § | |

## **DEFENDANT JONAH WESTBURY'S MOTION FOR PERMISSION TO TRAVEL**

Defendant JONAH WESTBURY, by and through undersigned counsel, respectfully moves this Court pursuant to this Court's Conditions of Release Order and under 18 U. S. C. Section 3142, for permission to travel to Antigua from January 7 through January 16, 2025, for his wedding honeymoon, and states:

1. Defendant JONAH WESTBURY requests permission to visit Antigua for his wedding honeymoon.

2. Defendant is not a flight risk and is charged with only misdemeanor charges.

3. Defendant has not missed or evaded any Court proceeding and is in full compliance with release conditions.

4. The Government is opposed to this request in standing with their policy of opposing all foreign travel request made by capitol breach defendants.

5. Pre-trial Services does not oppose the request.

WHEREFORE, Defendant respectfully requests this Court to grant permission to travel.

DATED: November 26, 2024.

                                                             Respectfully submitted.

                                                             /s/ ANTHONY F. SABATINI

FL Bar No. 1018163<br>
anthony@sabatinilegal.com<br>
SABATINI LAW FIRM, P.A.<br>
411 N DONNELLY ST, STE #313<br>
MOUNT DORA, FL 32757<br>
T: (352)-455-2928<br>
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini